RECEIVED
FEB 28 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America
        Plaintiff(s),

vs.

Case No. 22-CV-41 (ENT/TNL)

Fontane Hollie
        Defendant.

### Answer or Answer and Counterclaim

Defendant denies everything in Plaintiff's Complaint, except as admitted, or otherwise answered.

1. **Deny.** All statements are untrue in paragraph numbers – 19, 20

2. **Admit.** All statements are true in paragraph numbers – 1-5; 11-14; 16; 18; 21

3. **Partially True.** The information in the following paragraphs is partially true and partial false – 15 & 17

   In these partially true paragraphs, I deny everything except the following statements, which are true: 15: I work for On The Move Trucking and we buy, sell, and move vehicles & 17: I am disabled and earn ~2k a month from the trucking company

4. **Insufficient Information.** There is insufficient information to determine if the following
paragraphs and/or statements are true: 6, 7 – 9, 10, 22

5. I claim the following Affirmative Defense(s): (check only defenses that apply)
   Accord and satisfaction
   Arbitration and award
   Assumption of risk
   Contributory negligence
   Discharge in bankruptcy
   Duress
   Estoppel
   Failure of consideration
   Fraud
   Illegality


SCANNED
FEB 28 2023
U.S. DISTRICT COURT MPLS

    Injury by fellow servant
    Laches
    License
    Payment
    Release
    Res judicata
    Statute of frauds
    Statute of limitations
    Waiver
     Other

Facts that support my affirmative defense(s): The preponderance of the evidence standard for the Plaintiff's claim pursuant to U.S.C 88a (a)(6) has not been met by the facts laid out in the Complaint. Moreover, the Innocent Owner Defense would apply to most, if not all, of the property seized by the Plaintiff.

6. Counterclaim: (check one)
**I have no Counterclaims.**
I make the following Counterclaims against Plaintiff arising from the same transactions described in the Plaintiff's Complaint.

I ask the Court to: (check all that apply)
**Dismiss Plaintiff's Complaint, enter judgment in my favor, and award all costs and disbursements allowed by Minn. Stat. § 549.11.**

Enter judgment for me on my counterclaims, if any.
Order that:
All funds be returned to me as soon as a possible.

_____

_____

_____

_____

_____

_____

_____

CASE 0:23-cv-00041-ECT-DLM   Doc. 5   Filed 02/28/23   Page 3 of 3

_____

_____



## Acknowledgment

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.
2. I am not presenting this form for any improper purpose. I am not using this form to:
   a. Harass anyone.
   b. Cause unnecessary delay in the case; or
   c. Needlessly increase the cost of litigation.
3. No judicial officer has said I am a frivolous litigant.
4. There is no court order saying I cannot serve or file this form.
5. This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6. If I need to file "restricted identifiers," confidential information, or confidential document, I will use Form 11.1 as required by Rule 11.

Dated: 2/28/23

Signature: _____

Name: Fontane Hollie
Address: 4630 RUSSELL AVE N.
City/State/Zip: MPLS, MN, 55412
Telephone: (763) 600-3097
E-mail address: ROCKSTARZ02207474@GMAIL.COM
Attorney for:

3