UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 23-cv-00041-ECT-DLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$33,105.00 IN U.S. CURRENCY,

    Defendant,

And

FONTANE HOLLIE,

    Claimant.

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

This case comes before the Court on Plaintiff's motion to compel. The Court considered the evidence and the arguments presented and FINDS that the motion is well-taken and enters the following ORDER:

1. Plaintiff's motion to compel is GRANTED.

2. Claimant Fontane Hollie must fully answer the interrogatories served on him within 14 days after the date of this Order. All objections to those interrogatories are deemed waived.

3. Claimant must produce all documents that are responsive to Plaintiff's requests for production of documents within 14 days after the date of this Order. All objections to the requests for production of documents are deemed waived.

4. Claimant must appear for a deposition at a date and time selected by Plaintiff, and in no event later than 30 days after the date of this Order. Plaintiff will serve a second amended notice of deposition on Claimant.

5. **Claimant is warned that failing to comply fully with any part of this Order may result in appropriate sanctions as set out in the Federal Rules of Civil Procedure, up to and including default judgment. Fed. R. Civ. P. 37(b)(2)(A).**

IT IS SO ORDERED.

Dated: _____

Honorable Douglas L. Micko
United States Magistrate Judge